IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECKITT BENCKISER
PHARMACEUTICALS, INC., RB
PHARMACEUTICALS LIMITED, and
MONOSOL RX, LLC,

                      Plaintiffs,

v.

PAR PHARMACEUTICAL, INC. and
INTELGENX TECHNOLOGIES CORP.,

                      Defendants.

C.A. No. 14-422-RGA

## DEFENDANT PAR PHARMACEUTICAL, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Par Pharmaceutical, Inc., a nongovernmental corporate entity, is a wholly-owned subsidiary of Par Pharmaceutical Companies, Inc.  Par Pharmaceutical Companies, Inc. is a wholly-owned subsidiary of Sky Growth Holdings Corporation, which has no parent corporation, and no publicly held company owns 10% or more of the stock of Sky Growth Holdings Corporation.

Of Counsel:

Daniel G. Brown
Jennifer R. Saionz
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

James K. Lynch
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
(415) 391-0600

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Fineman@rlf.com
Lester@rlf.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*

RLF1 10323930v.1

Emily C. Melvin
LATHAM & WATKINS LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL  60606
(312) 876-7700

Dated:  May 19, 2014